IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| FLAG Telecom Network USA Limited, | Case No. 19-12030 (TMH) |
| Debtor. | |

---

| | |
|---|---|
| In re: | Chapter 11 |
| Reliance Globalcom Limited, | Case No. 19-12038 (TMH) |
| Debtor. | |

---

| | |
|---|---|
| In re: | Chapter 11 |
| Vanco US, LLC, | Case No. 19-12029 (TMH) |
| Debtor. | **RE: Docket No. 628** |

**ORDER CLOSING ALL OF THE REGULATED DEBTORS'
CHAPTER 11 CASES, OTHER THAN THE CASE OF GCX LIMITED AND
TERMINATING CLAIMS AND NOTICING SERVICES**

Upon the motion (the "Motion")[1] of the Regulated Debtors for entry of a final decree and order (this "Order"), pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the Regulated Debtors' chapter 11 cases and terminating the Claims and Noticing Services provided by Prime Clerk; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the *Amended*

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

*Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and appropriate notice of an the opportunity for a hearing on the Motion having been given; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases of the following Regulated Debtors (the "<u>Closing Cases</u>"), which are set forth below, are hereby closed:

| REGULATED DEBTOR | CASE NO. |
|---|---|
| FLAG Telecom Network USA Limited | 19-12030 |
| Reliance Globalcom Limited | 19-12038 |
| Vanco US, LLC | 19-12029 |

3. A docket entry shall be made on the docket of each of the Closing Cases reflecting the entry of this Order.

4. The entry of this Order shall have no effect on the allowance, disallowance or payment of claims filing in the Closing Cases and shall not affect the rights of any party to commence or maintain any action or proceeding, including without limitation actions to recover from any transferee or any subsequent transferee, in each case, subject to the terms of the Plan and the Confirmation Order. For the avoidance of doubt, entry of this Order shall have no effect

whatsoever on any contested matter, adversary proceeding, or other matters pending before this Court.

5. Entry of this Order is without prejudice to the rights of the Regulated Debtors, the Liquidating Trustee of the GCX Liquidating Trust, the Office of the United States Trustee, or other party in interest to seek to reopen these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. Subject to the performance of any obligations of Prime Clerk pursuant to this Final Decree and Order, Prime Clerk's services as claims and noticing agent for these chapter 11 cases, including the Claims and Noticing Services, are hereby terminated, and Prime Clerk shall be deemed formally discharged as claims and noticing agent for the chapter 11 cases without further order of this Court.

8. Pursuant to Local Rule 2002-1(f)(ix), within twenty-eight (28) days of the entry of this Final Decree and Order, Prime Clerk shall: (a) forward to the Clerk of the Court an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket a final claims register containing the claims filed in the chapter 11 case.

9. Within thirty (30) days of the entry of this Order, the Regulated Debtors in each of the Closing Cases shall (a) file with this Court and provide to the U.S. Trustee all outstanding post-confirmation reports, and (b) pay all Quarterly Fees due and payable pursuant to 28 U.S.C. § 1930.

10. The Regulated Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: September 22nd, 2023**  **THOMAS M. HORAN**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**